Juanita HOUSE, Plaintiff–Appellant,

v.

BERKMAN, HENOCH, PETERSON & PEDDY, P.C. and Bank United, Defendants–Appellees.

Docket No. 02–7530.

United States Court of Appeals, Second Circuit.

Feb. 14, 2003.

Michael Kuzma, Buffalo, New York, for Appellant.

Joseph E. Macy, Berkman, Henoch, Peterson & Peddy, P.C., Garden City, New York, for Appellee.

Present: JACOBS, POOLER, Circuit Judges, and GLEESON, District Judge.*

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

---

* The Honorable John Gleeson, District Judge of the United States District Court for the Eastern District of New York, sitting by designation.

Juanita House appeals from a judgment of the United States District Court for the Western District of New York (Scott, *M.J.*), which granted defendant Berkman, Henoch, Peterson & Peddy, P.C.'s motion for summary judgment, and dismissed House's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the New York State Debt Collection Procedures Act, the New York State Deceptive Acts and Practices Act, and state law defamation claim.

We affirm for substantially the reasons stated in the district court's opinion. *See Juanita House v. Berkman, Henoch, Peterson & Peddy, P.C., and Bank United,* 00–CV–0059 (W.D.N.Y. Mar. 28, 2002).

For the reasons stated herein, the judgment of the district court is hereby **AFFIRMED**.